# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **PATRICK V. LYNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case. No. 19-CV-03003-EFM |
| ) | |
| **SAM CLINE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS AND FOR SUMMARY JUDGMENT BASED ON EXHAUSTION**

Defendants Jessica Zager, Jeremy Wilkerson-Rodriguez, Thomas Jackson, Richard Golden, Russell Cook, Jerry Kipp, Curtis Price and Douglas Sherwood ("KDOC Defendants"), by and through Assistant Attorney General Natasha M. Carter, respectfully request the Court dismiss the official capacity claims against them pursuant to Fed. R. Civ. P. 12(b)(1). Defendants further request that this Court grant summary judgment pursuant to Fed. R. Civ. P. 56. In compliance with D. Kan. Rule 7.1 and 7.6, a memorandum in support is filed herewith.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
*Attorney for KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Jeff Cowger
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS  66603
Jeff.Cowger@ks.gov

Jon D. Graves
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504-1568

Joni S. Cole
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042
*Attorneys for Kansas Department of Corrections, Interested Party*

Tess E. Johnson
Horn, Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
*Attorney for Schoeder*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

Patrick C. Lynn, #64377
Lansing Correctional Facility
PO Box 2
Lansing, KS 66043-0002
*Plaintiff, pro se*

                                            s/ Natasha M. Carter_____
                                            Natasha M. Carter
                                            Assistant Attorney General